TANGELA ANITA HARRIS,
a/k/a Tanger Anita Harris,
Plaintiff—Appellant,

v.

PROGRESSIVE CASUALTY
INSURANCE COMPANY,
Defendant—Appellee.

No. 11–1808.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 13, 2011.

Decided: Oct. 17, 2011.

Tangela Anita Harris, Appellant Pro Se.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tangela Anita Harris appeals the district court's order adopting the recommendation of the magistrate judge and summarily dismissing her civil action as barred by the statute of limitations. *See* 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court in its order dismissing Harris' action without prejudice. *Harris v. Progressive Cas. Ins. Co.*, No. 8:11–cv–01303–HMH (D.S.C. June 27, 2011).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Although a dismissal without prejudice is ordinarily not a final, appealable order, *Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993), the applicable three-year statute of limitations period has passed. S.C.Code Ann. § 15–3–530(5), (8) (2005). Thus, the district court's order is effectively a final order.